B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Golf Diagnostic Imaging Center L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA Diagnostic Imaging Center; DBA Premier Radiology Institute; DBA Woodridge Imaging Center** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3524233** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9680 Golf Road**<br>**Des Plaines, IL**<br>ZIP Code **60016** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Golf Diagnostic Imaging Center L.P.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Golf Diagnostic Imaging Center L.P.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**May 20, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Parvez Shirazi**
Signature of Authorized Individual

**Parvez Shirazi**
Printed Name of Authorized Individual

**President, Golf Imaging Services Corp.**
Title of Authorized Individual

**May 20, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Golf Diagnostic Imaging Center L.P.  
                         Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Sylwia Baginski<br>510 West Belmont, Apt. 1210<br>Chicago, IL 60657 | Sylwia Baginski<br>510 West Belmont, Apt. 1210<br>Chicago, IL 60657 | Wage Claim | Contingent<br>Unliquidated<br>Disputed | 16,488.48 |
| Beverly Bank & Trust<br>10258 South Western Avenue<br>Chicago, IL 60643 | Beverly Bank & Trust<br>10258 South Western Avenue<br>Chicago, IL 60643 | Equipment, Accounts, and General Intangibles | | 499,932.25<br><br>(200,000.00 secured) |
| Citicorp Vendor Finance, Inc.<br>PO 7247-0371<br>Philadelphia, PA 19170-0371 | Citicorp Vendor Finance, Inc.<br>PO 7247-0371<br>Philadelphia, PA 19170-0371 | Equipment Lease Default | Disputed | 95,418.81 |
| Citizens Community Bank<br>3322 South Oak Park Avenue<br>Berwyn, IL 60402 | Citizens Community Bank<br>3322 South Oak Park Avenue<br>Berwyn, IL 60402 | All Assets, Equipment, Inventory, Accounts, and General Intangibles | Disputed | 340,153.03<br><br>(0.00 secured) |
| DeLage Landen Financial Services, Inc.<br>assignee of Toshiba America Medical Crdt<br>P.O. Box 91605<br>Chicago, IL 60693 | DeLage Landen Financial Services, Inc.<br>assignee of Toshiba America Medical Crdt<br>P.O. Box 91605<br>Chicago, IL 60693 | Equipment Lease | Disputed | 106,689.17 |
| Evolved Digital Solutions<br>5141 Virginia War<br>Suite 300<br>Brentwood, TN 37027 | Evolved Digital Solutions<br>5141 Virginia War<br>Suite 300<br>Brentwood, TN 37027 | Trade Credit | Disputed | 42,831.75 |
| First Bank<br>678 Lee Street<br>Des Plaines, IL 60016 | First Bank<br>678 Lee Street<br>Des Plaines, IL 60016 | All Assets, Equipment, Inventory, ccounts and General Intangibles | | 972,350.00<br><br>(0.00 secured) |
| GE Medical System<br>P.O. Box 96483<br>Chicago, IL 60697 | GE Medical System<br>P.O. Box 96483<br>Chicago, IL 60697 | Trade Credit | | 39,306.80 |
| Globalcom Inc.<br>c/o Euler Hermes UMA, Inc.<br>600 South 7th Street<br>Louisville, KY 40201-1672 | Globalcom Inc.<br>c/o Euler Hermes UMA, Inc.<br>600 South 7th Street<br>Louisville, KY 40201-1672 | Trade Debt | Disputed | 5,736.15 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Golf Diagnostic Imaging Center L.P.  Case No. 
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dragana Ivanova<br>510 West Belmont, Apt. 1702<br>Chicago, IL 60657 | Dragana Ivanova<br>510 West Belmont, Apt. 1702<br>Chicago, IL 60657 | Wage Claim | Contingent<br>Unliquidated<br>Disputed | 20,734.60 |
| Logan & Associates Ltd.<br>1866 Sheridan Road<br>Suite 317<br>Highland Park, IL 60035 | Logan & Associates Ltd.<br>1866 Sheridan Road<br>Suite 317<br>Highland Park, IL 60035 | Services | Disputed | 12,560.00 |
| MarCap Corporation<br>20 North Wacker Drive<br>Suite 2150<br>Chicago, IL 60606 | MarCap Corporation<br>20 North Wacker Drive<br>Suite 2150<br>Chicago, IL 60606 | Nuclear Medicine (Gam Camera) (2003) | Disputed | 2,202,299.20<br><br>(120,000.00 secured) |
| Marcap, LLC<br>P.O. Box 98724<br>Chicago, IL 60693 | Marcap, LLC<br>P.O. Box 98724<br>Chicago, IL 60693 | Equipment Lease Default (Gamma Camera) | Disputed | 6,251.54 |
| MEDX, Inc.<br>3456 North Ridge Avenue<br>Suite 100<br>Arlington Heights, IL 60004 | MEDX, Inc.<br>3456 North Ridge Avenue<br>Suite 100<br>Arlington Heights, IL 60004 | Service Contract | Disputed | 12,000.00 |
| Merge Healthcare<br>Dept AT 952754<br>Atlanta, GA 31192-2754 | Merge Healthcare<br>Dept AT 952754<br>Atlanta, GA 31192-2754 | Service Contract | Disputed | 26,637.42 |
| Nupp Investments, Inc.<br>c/o Drakes D. Mertes, Esq.<br>Dowd, Dowd & Mertes, Ltd.<br>701 Lee Street, Suite 790<br>Des Plaines, IL 60016 | Nupp Investments, Inc.<br>c/o Drakes D. Mertes, Esq.<br>Dowd, Dowd & Mertes, Ltd.<br>Des Plaines, IL 60016 | Lease Default | Disputed | 29,971.00 |
| Phoenix Fire Systems, Inc.<br>744 Nebraska Street<br>Frankfort, IL 60423-1701 | Phoenix Fire Systems, Inc.<br>744 Nebraska Street<br>Frankfort, IL 60423-1701 | Trade Credit | Disputed | 8,665.26 |
| Polish Reklama News, Inc.<br>P.O. Box 300973<br>Chicago, IL 60630-0973 | Polish Reklama News, Inc.<br>P.O. Box 300973<br>Chicago, IL 60630-0973 | Corporate Debt | Contingent<br>Unliquidated<br>Disputed | 2,500.00 |
| Professional Business Consultants, Inc.<br>903 Commerce Drive<br>Suite 333<br>Oak Brook, IL 60523 | Professional Business Consultants, Inc.<br>903 Commerce Drive<br>Suite 333<br>Oak Brook, IL 60523 | Services | Disputed | 4,667.40 |
| Qwest Long Distance Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 | Qwest Long Distance Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 | Service Agreement | Disputed | 10,551.66 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Golf Diagnostic Imaging Center L.P.                                                    Case No.         
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President, Golf Imaging Services Corp. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   May 20, 2008                          Signature   /s/ Parvez Shirazi
                                                                                 Parvez Shirazi
                                                                               President, Golf Imaging Services Corp.

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3913


Sylwia Baginski
510 West Belmont, Apt. 1210
Chicago, IL 60657


Beverly Bank & Trust
10258 South Western Avenue
Chicago, IL 60643


Richard R. Black, MD
Insight Diagnostic Imaging
806 Clearwater Loop, #N
Post Falls, ID 83854


Chicago Rehabilitation Center
9120 Golf Road
Niles, IL 60714


Citibank, N.A.
Attn: Jeff Heller
One Court Square, 19th Floor
Long Island City, NY 11120


Citicorp Vendor Finance, Inc.
PO 7247-0371
Philadelphia, PA 19170-0371


Citicorp Vendor Finance, Inc.
4000 Regent
Mail Stop C3B 350
Irving, TX 75063


Citizens Community Bank
3322 South Oak Park Avenue
Berwyn, IL 60402


DeLage Landen Financial Services, Inc.
assignee of Toshiba America Medical Crdt
P.O. Box 91605
Chicago, IL 60693

Eugene Pai


Evolved Digital Solutions
5141 Virginia War
Suite 300
Brentwood, TN 37027


First Bank
678 Lee Street
Des Plaines, IL 60016


Floyd Perkins, Esq.
Ungaretti & Harris
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602


Fred R. Harbecke
29 South LaSalle Street
Suite 945
Chicago, IL 60603


GE Medical System
P.O. Box 96483
Chicago, IL 60697


Globalcom Inc.
c/o Euler Hermes UMA, Inc.
600 South 7th Street
Louisville, KY 40201-1672


Golf Imaging Services Corporation, Ltd.


Gregory Golstein, M.D.
Spectrum Imaging, SC
1638 W. Surf St.
Chicago, IL 60657


David Graneto
906 Red Fox Lane
Oak Brook, IL 60523

```
Holland & Knight LLP
131 South Dearborn, 30th Floor
Chicago, IL 60603


Hyson USA
2486 East Oakton Street
Arlington Heights, IL 60005


Illinois Attorney General Lisa Madigan
c/o Assistant Attorneys General
Special Litigation Bureau
100 West Randolph St., 11th Floor
Chicago, IL 60601


Dragana Ivanova
510 West Belmont, Apt. 1702
Chicago, IL 60657


John Saldanha



Leaf
PO Box 643172
Cincinnati, OH 45264-3172


Logan & Associates Ltd.
1866 Sheridan Road
Suite 317
Highland Park, IL 60035


MarCap Corporation
20 North Wacker Drive
Suite 2150
Chicago, IL 60606


Marcap, LLC
P.O. Box 98724
Chicago, IL 60693


MEDX, Inc.
3456 North Ridge Avenue
Suite 100
Arlington Heights, IL 60004
```

```
Merge Healthcare
Dept AT 952754
Atlanta, GA 31192-2754


Mid America Medical Systems
PO Box 725
Streamwood, IL 60107-1563


Anwar Mohiuddin, MD
Chicago Rehabilitation Center
9120 Golf Road
Niles, IL 60714


Nupp Investments, Inc.
c/o Drakes D. Mertes, Esq.
Dowd, Dowd & Mertes, Ltd.
701 Lee Street, Suite 790
Des Plaines, IL 60016


Ugene Pal, M.D.
E.P. Radiology
7420 North Lincoln Ave., #1C
Skokie, IL 60076


Parvez H. Shirazi
1504 Midwest Club
Oak Brook, IL 60523


Phoenix Fire Systems, Inc.
744 Nebraska Street
Frankfort, IL 60423-1701


Pitney Bowes Global Financial Srvcs LLC
2225 American Drive
Neenah, WI 54956


Polish Reklama News, Inc.
P.O. Box 300973
Chicago, IL 60630-0973


Prairie Imaging Center
```

Professional Business Consultants, Inc.
903 Commerce Drive
Suite 333
Oak Brook, IL 60523


Qwest Long Distance
Business Services
PO Box 856169
Louisville, KY 40285-6169


Mohammed Saudye
6555 N. Nokomis Ave.
Lincolnwood, IL


Antonio Senat, M.D.
2201 Roosevelt Road
Broadview, IL 60155


Sergei Shevlyagin, MD
Atkinson Clinic, SC
100 Nrth Atkinson Road, Suite #207
Grayslake, IL 60030


Parvez Shirazi
1504 Midwest Club Pkwy
Oak Brook, IL 60523


Spectrum Medical Leasing
A Division of IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053


State of Illinois Dept. of Labor
Wage Claim Section
160 North LaSalle Street, Suite C-1300
Chicago, IL 60601


Stonegate Properties Inc.
2500 West Higgins Road
Suite 400
Schaumburg, IL 60195


The CIT Group
Equipment Finance - US
1540 West Fountainhead Parkway
Tempe, AZ 85282

Thomas V. Askounis, Esq.
333 North Michigan Avenue, Suite 510
Chicago, IL 60601

Thompson Coburn Fagel Haber
55 East Monroe Street
Suite 4000
Chicago, IL 60603