### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLF DIAGNOSTICS IMAGING CENTER, L.P., | ) ) | Case No. 08-12908 |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION

To: See attached service list

     PLEASE TAKE NOTICE that on March 30, 2010, at 10:00 a.m., I shall appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 642, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Final Application of Logan & Associates, Ltd., For Allowance of Compensation, a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

     I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 5th day of March 2010.

                                                                                      /s/ Gregory K. Stern
                                                                                         Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

William Neary, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

Andrew J. Abrams
Sugar & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Thomas V. Askounis, Esq.
Askounis & Darcy, P.C.
333 North LaSalle Street, Suite 510
Chicago, Illinois 60601

James A. Hasier, Esq.
Martin & Karcazes, Ltd.
161 North Clark Street, Suite 550
Chicago, Illinois 60601

Fred R. Harbecke, Esq.
29 South LaSalle Street, Suite 945
Chicago, Illinois 60603

Andrew A. Muchoney, Esq.
McKeown, Fitzgerald, Zollner, Buck, Hutchinson & Ruttle
2455 Glenwood Avenue
Joliet, Illinois 60435

Francis J. Pendergast, III, Esq.
James M. Crowley, Esq.
Crowley & Lamb, P.C.
350 North LaSalle Street, Suite 900
Chicago, Illinois 60610

Dennis E. Quaid, Esq.
Christina Berish, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Joel A. Schechter, Esq.
53 West Jackson Boulevard, Suite 1025
Chicago, Illinois 60604
Miriam R. Stein, Esq.
Norman P. Jedfelloh, Esq.

Thomas P. Conley, Esq.
Arnstein & Lehr
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606

Pia N. Thompson, Esq.
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606

Vipin Gandra, Esq.
Shaw Gussis
321 North Clark, Suite 800
Chicago, Illinois 60654

**Parties Served Via U.S. Mail**

Golf Diagnostics Imaging Center, L.P.
9680 Golf Road
Des Plaines, Illinois 60016

First Bank
c/o Charlie Kepner
2100 South Elmhurst Road
Mount Prospect, Illinois 60056

Logan & Associates Ltd.
1866 Sheridan Road, Suite 317
Highland Park, IL 60035

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLF DIAGNOSTICS IMAGING CENTER, L.P., | ) ) | Case No. 08-12908 |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

**FINAL APPLICATION OF LOGAN & ASSOCIATES, LTD., FOR**
**ALLOWANCE OF COMPENSATION**

Now Comes Logan & Associates, Ltd., (the "Accountants"), accountants for Golf Diagnostics Imaging Center, L.P., Debtor and Debtor In Possession (the "Debtor"), and, pursuant to §§330 and 331 of the United States Bankruptcy Code, requests that this Court enter an order allowing final compensation of $53,152.38 for 326.25 hours of accounting services rendered to the Debtor and $183.29 in costs and expenses incurred, as Chapter 11 Debtor In Possession; and, in support thereof, state as follows:

1. On May 20, 2008, the Debtor caused a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code to be filed; the Debtor has continued in possession of its property as Debtor In Possession; and, no trustee has been appointed in this case.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157; and, this is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

3. In accordance with the Order entered on September 3, 2008, by the Honorable John H. Squires notice of this Application has been sent to all parties entitled to service pursuant to Case Management/Electronic Case Files ("CM/ECF"), including the US Trustee, and all creditors registered for electronic notice under CM/ECF.

4. On July 9, 2008, this Court entered an Order Authorizing Employment of Accountants authorizing the employment of Logan & Associates, Ltd., as accountants for the

Debtor as Debtor In Possession, with all compensation and reimbursement of expenses subject to further order of this Court.

5. On October 8, 2008, the Accountants filed a Notice of Motion and First Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses (the "First Application") (Docket No. 171); and, on November 4, 2008, this Court entered an Order Allowing Interim Compensation and Reimbursement of Costs and Expenses of $9,347.56 for 76.25 hours of professional services rendered through September 22, 2008. The First Application is incorporated by reference herein and the itemization of time related to the First Application is attached hereto as Exhibit A and thereby made a part hereof.

6. On December 18, 2008, the Accountants filed a Notice of Motion and Second Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses (the "Second Application") (Docket No. 206); and, on January 13, 2009, the Court entered an Order Allowing Interim Compensation and Reimbursement of Costs and Expenses of $4,884.63 for 27.70 hours of professional services rendered though November 24, 2008. The Second Application is incorporated by reference herein and the itemization of time related to the Second Application is attached hereto as Exhibit B and thereby made a part hereof.

7. On April 16, 2009, the Accountants filed a Notice of Motion and Third Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses (the "Third Application") (Docket No. 273); and, on May 6, 2009, the Court entered an Order Allowing Interim Compensation and Reimbursement of Costs and Expenses of $9,272.65 for 53.10 hours of professional services rendered through March 19, 2009. The Third Application is incorporated by reference herein and the itemization of time related to the Third Application is attached hereto as Exhibit C and thereby made a part hereof.

8. On July 15, 2009, the Accountants filed a Notice of Motion and Fourth Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses (the "Fourth

Application") (Docket No. 315); and, on August 5, 2009, the Court entered an Order Allowing Interim Compensation and Reimbursement of Costs and Expenses of $9,798.64 for 59.00 hours of professional services rendered through June 30, 2009.  The Fourth Application is incorporated by reference herein and the itemization of time related to the Fourth Application is attached hereto as Exhibit D and thereby made a part hereof.

9. On December 8, 2009, the Accountants filed a Notice of Motion and Fifth Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses (the "Fifth Application") (Docket No. 359); and, on December 29, 2009, the Court entered an Order Allowing Interim Compensation and Reimbursement of Costs and Expenses of $17,879.19 for 97.90 hours of professional services rendered through November 30, 2009.  The Fifth Application is incorporated by reference herein and the itemization of time related to the Fifth Application is attached hereto as Exhibit E and thereby made a part hereof.

10. The Accountants have expended an additional 12.30 hours of professional services from December 1, 2009, through March 5, 2010, as more fully set forth in the timesheets attached hereto as Exhibit F and made a part hereof.  The value of these professional services rendered to the Debtor, as Debtor in Possession, is $2,143.75.

11. In addition to the foregoing itemization of time, the Accountants estimate that they will expend between 10 – 25 additional hours for professional services related to the filing of quarterly reports, preparation of monthly reconciliation of accounts and any other necessary accounting services.  Any such additional services will be billed directly to the Reorganized Debtor.

12. The Accountants have incurred actual and necessary costs and expenses for travel in the amount of $9.25.  The Accountants' travel costs have been calculated by multiplying the total mileage traveled (fifteen (15) miles) at a rate of $.55 per mile; plus one dollar ($1.00) for tolls.

13. The Accountants have maintained the Debtor's accounting records, calculating the Debtor's accounts receivables, reconciling various financial accounts located at multiple financial

institutions, drafting summaries of cash receipts and disbursements, and conducting technical reviews of the Debtor's accounts.

14. The professional services rendered in this matter have resulted in substantial benefit to this estate.

15. All of the professional services performed were actual and necessary for the proper representation of the Debtor as Chapter 11 Debtor in Possession and in furtherance of the Debtor's reorganization; and, as such, all of the services rendered were authorized pursuant to this Court's July 9, 2008, Order Authorizing Employment Of Accountant and benefited the estate.

**WHEREFORE**, Logan & Associates, Ltd., prays for entry of an Order, pursuant to §§330 and 331 of the Bankruptcy Code, allowing Logan & Associates, Ltd., final compensation in the amount of $53,152.38 for actual and necessary professional services rendered and for actual and necessary costs and expenses incurred in the amount of $183.29 from July 8, 2008 through March 5, 2010; authorizing and directing the Debtor to pay the unpaid balance of allowed final compensation and reimbursed costs and expenses in the amount of $2,153.00 as a priority cost of administration; and, for such other relief as this Court deems just.

/s/ Gregory K. Stern
Gregory K. Stern, Esq.

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558