# UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re, | Chapter 11 |
| GOLF DIAGNORISTIC IMAGING CENTER, L.P. | Case No. 08 B 12908 |
| Debtor. | Hon. Susan Pierson Sonderby |

## CERTIFICATE OF SERVICE

To:    See Attached

I, Miriam R. Stein, an attorney, hereby certify that I caused the following document to be served on those listed on the attached Service List via U.S. Mail with proper postage prepaid on March 11, 2010:

1.    Notice of Hearing on Final Fee Application.

Dated: March 11, 2010

ARNSTEIN & LEHR LLP

By:    /s/ Miriam R. Stein
       One of their Attorneys

Miriam R. Stein (ARDC #06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312)876-0288

8936133.1