**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLF DIAGNOSTICS IMAGING CENTER, L.P., | ) | Case No. 08 B 12908 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**NOTICE OF MOTION**

TO:    See Attached Service List

**PLEASE TAKE NOTICE THAT** on March 30, 2010, at 10:00 a.m., I shall appear before the Honorable Susan Pierson Sonderby, or any other judge sitting in her stead, in Room 642, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 23rd day of March, 2010.

                                              /s/ Gregory K. Stern
                                              Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

William Neary, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Thomas V. Askounis, Esq.
Askounis & Darcy, P.C.
333 North LaSalle Street, Suite 510
Chicago, Illinois 60601

James A. Hasier, Esq.
Martin & Karcazes, Ltd.
161 North Clark Street, Suite 550
Chicago, Illinois 60601

Fred R. Harbecke, Esq.
29 South LaSalle Street, Suite 945
Chicago, Illinois 60603

Andrew A. Muchoney, Esq.
McKeown, Fitzgerald, Zollner, Buck, Hutchinson & Ruttle
2455 Glenwood Avenue
Joliet, Illinois 60435

Francis J. Pendergast, III, Esq.
James M. Crowley, Esq.
Crowley & Lamb, P.C.
350 North LaSalle Street, Suite 900
Chicago, Illinois 60610

Dennis E. Quaid, Esq.
Christina Berish, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Joel A. Schechter, Esq.
53 West Jackson Boulevard
Suite 1025
Chicago, Illinois 60604

Miriam R. Stein, Esq.
Norman P. Jedfelloh, Esq.
Thomas P. Conley, Esq.
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606

Pia N. Thompson, Esq.
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606

Andrew J. Abrams
Sugar & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, IL 60602

Vipin Gandra, Esq.
Shaw Gussis
321 North Clark
Suite 800
Chicago, Illinois 60654

**Parties Served US Mail**

Golf Diagnostics Imaging Center, L.P.
9680 Golf Road
Des Plaines, Illinois 60016

First Bank
c/o Charlie Kepner
2100 South Elmhurst Road
Mount Prospect, Illinois 60056

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLF DIAGNOSTICS IMAGING CENTER, L.P., | ) | Case No. 08 B 12908 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE**

Now comes Golf Diagnostics Imaging Center, L.P., Debtor and Debtor In Possession, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel, and in support of its Motion to Enter Final Decree and Close Chapter 11 Case, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, states as follows:

1. On May 20, 2008, Golf Diagnostics Imaging Center, L.P., filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. On December 17, 2009, an Order Confirming First Amended Plan of Reorganization Dated September 14, 2009 (the "Confirmation Order"), was entered. The Confirmation Order is final and not subject to appeal.

3. On December 31, 2009, the Administrative Claims, Priority Claims, Class 1 Claims and Class 4 Claims were paid in full.

4. On December 31, 2009, Class 2 Claims received a lump sum distribution, and monthly payments began thereafter on January 15, 2010, and have continued uninterrupted.

5. Class 3 Claims received the first of two required pro-rata distributions in February, 2010.

6. The Debtor has made all payments required by the United States Trustee.

7. The foregoing distributions represent all payments required under the Debtor's First Amended Plan of Reorganization (the "Confirmed Plan").

8. The Debtor's Confirmed Plan has been substantially consummated.

9. There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Golf Diagnostics Imaging Center, L.P., the Debtor, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022;

(b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(c) For such other relief as may be just.

                                                                /s/ Gregory K. Stern
                                                Gregory K. Stern, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558